MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
First Assistant United States Attorney

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail: christine.wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0333 SI |
| v. | NOTICE OF DISMISSAL |
| CESAR SANCHEZ, and RODRIGO SANCHEZ, | ORDER |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: September 21, 2011               Respectfully submitted,

                                                     MELINDA HAAG
                                                     United States Attorney

                                                     _____/s/_____
                                                     BRIAN J. STRETCH
                                                     First Assistant United States Attorney

NOTICE OF DISMISSAL (CR 11-0333 SI)

1   Leave is granted to the government to dismiss the indictment.

2

3   Date: _____9/21/11_____                    _____
                                                     HON. SUSAN ILLSTON
4                                                    United States District Judge